# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1120.  CALVIN SMITH v. THE STATE.**

In 2011, Calvin Smith pleaded guilty to aggravated battery and kidnapping. In July 2016, the trial court granted Smith's habeas corpus petition based on ineffective assistance of trial counsel. The trial court also granted Smith's motion to withdraw his guilty plea.

On August 11, 2017, the trial court denied several pretrial motions filed by Smith, including motions alleging double jeopardy and statutory speedy-trial claims. Smith filed a notice of appeal seeking review of the August 11, 2017 order, which has been docketed in this Court as Case No. A18A0464. Smith then asked the trial court to appoint counsel for assistance with his appeal. The trial court granted the motion, but required Smith to re-qualify with the Brunswick Judicial Circuit Public Defender's Office. After Smith declined the Public Defender's offer of representation, he filed a "motion to dismiss for failure of the trial court to appoint appellant counsel," which the trial court denied. Smith then filed the instant direct appeal. We lack jurisdiction.

Because this action remains pending before the trial court, Smith was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order denying his "motion to dismiss for failure of the trial court to appoint appellant counsel." See OCGA § 5-6-34 (b); *Keller v. State*, 275 Ga. 680, 680-681 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence); *Crolley v. State*, 182 Ga. App. 2, 2-3 (1) (354 SE2d 864) (1987) (same).

Smith's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   02/13/2018  
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*